UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD LESOON,<br>JOEEN LESOON,<br><br>    Defendants. | Cv. No. 07-118-E-EJL   LEAD<br>Cv. No. 07-119-E-EJL<br>ORDER GRANTING MOTION<br>TO CONSOLIDATE ACTIONS |

Upon the Motion to Consolidate Actions (Docket No. 7) and for good cause appearing,

IT IS HEREBY ORDERED:

That the above-entitled action is consolidated with *United States of America v. Joeen Lesoon*, Case No. 07-119-E-EJL.  The lead case shall be 07-118-E-EJL and all pleadings shall ONLY filed in the lead case.   The caption for pleadings shall include both case numbers.

DATED: **May 9, 2007**

Honorable Edward J. Lodge
U. S. District Judge